# EXHIBIT A

42. Plaintiff, through his then-counsel John Walsh, Esq., objected to Mr. Shea's appointment as Substitute Administrator on the basis of his firm's prior representation of Veronica in her divorce from Plaintiff.

43. Mr. Walsh and Mr. Shea attempted to negotiate a consent judgment that addressed both the cause of Plaintiff's removal as well as Mr. Shea's conflict of interest, but were unsuccessful. See Exhibit K.

44. The Probate Court issued a Judgment dated February 28, 2024 that was silent as to both issues. See Exhibit L.

45. On April 3, 2024, Plaintiff, through current counsel, filed the Notice of Claim attached hereto as Exhibit M in the amount of $240,699. The Notice of Claim contained revised calculations supported by the Title Company's closing disbursement schedule from August 2017, Forms 1098 for each of the years of Decedent's co-ownership of the Property, as well as invoices for several repairs that Plaintiff and Veronica paid for over the course of the Decedent's occupancy of the Property.

46. On June 28, 2024, Brian E. Shea sent Plaintiff a Dispute of Claim dated June 28, 2024 attached hereto as Exhibit N, including a letter to counsel explaining his reason for denial.

47. Mr. Shea disputed Plaintiff's claim on the basis that Veronica did not want to pursue the claim, however, Mr. Shea failed to produce any written instrument signed by both Plaintiff and Veronica that would allow either of them to alienate, sever or otherwise terminate their ownership interests as tenants by the entirety as required by N.J.S.A. §46-3:17.5.

48. Mr. Shea also disputed Plaintiff's claim on the basis that Plaintiff and Veronica intended to purchase the Property as a gift for the Decedent and his wife, however, Mr. Shea did not produce any contract or other agreement in which Plaintiff and Veronica waived any claim for contribution or rent, nor did he produce any gift tax returns that Plaintiff and Veronica filed for what would have been substantial gifts they made on behalf of the Decedent during his term of occupancy of the Property.