# EXHIBIT B

LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC
410 State Route 10 West, Suite 214
Ledgewood, New Jersey 07852
Tel: 973-927-5100
Fax: 973-927-5252
Scott J. Goldstein, Esq. (016472004)
*Attorneys for Client*

**FILED**

SEP 25 2024

Superior Court Chancery Division
Probate Part

The Estate of

Thomas A. Farley

Decedent

SUPERIOR COURT OF NEW JERSEY
BERGEN COUNTY: CHANCERY DIVISION

DOCKET NO. BER-P- 565 - 24

*Civil Action*

**CERTIFICATION OF RUSSELL ROMOND**

I, Russell F. Romond, of full age certifies as follows:

1. I am the Plaintiff in the above-captioned matter. I have personal knowledge of the facts set forth in this certification which I make in support of Plaintiff's Order to Show Cause.

2. I make this certification in support of my Order to Show Cause seeking (1) contribution from the decedent's estate for expenses related to real property jointly owned by the decedent and Plaintiff, (2) constructive rent for the decedent's six-year occupancy of real property jointly owned by the decedent and Plaintiff, and (3) for an award of Plaintiffs' costs and legal expenses incurred to date.

3. Attached hereto as Exhibit A is a true and correct copy of the Contract of Sale dated June 15, 2017 by and between the sellers of 20-3 Tamaron Drive and the myself, Veronica Farley, Maureen Farley, and the Decedent.

4. Attached hereto as Exhibit B is a true and correct copy of the Mortgage Application Intake Form completed by Veronica Farley in connection with the purchase of the Property.

5. Attached hereto as Exhibit C is a true and correct copy of the Bargain and Sale Deed conveying ownership of 20-3 Tamaron Drive dated August 10, 2017.

6. Attached hereto as Exhibit D is a true and correct copy of emails from my wife, Veronica Farley, to her former employer in which Farley identifies Anne Fox to be her divorce attorney and demanding that Anne Fox be copied on all of her financial statements going forward together with a check made out to Ms. Fox's firm from Veronica Farley with a notation that the check was for a "Retainer".

7. Attached hereto as Exhibit E is a true and correct copy of the Zillow listing for 20-3 Tamaron Drive, which estimates a fair market rental value of $3,499 as of March 2024.

8. Attached hereto as Exhibit F is a true and correct copy of Letters Testamentary issued to me by the Bergen County Surrogates Court on March 8, 2023.

9. Attached hereto as Exhibit G is a true and correct copy of the Notice of Claim dated June 1, 2023.

10. Attached hereto as Exhibit H is a true and correct copy of an Allowance of Claim dated June 2, 2023.

11. Attached hereto as Exhibit I is a true and correct copy of the Order dated September 6, 2023 issued by the Bergen County Surrogates Court.

12. Attached hereto as Exhibit J is a true and correct copy of the biographies of Anne Fox, Esq. and Brian E. Shea, Esq., which are published to the Meyerson, Fox & Conte website.

13. Attached hereto as Exhibit K is a true and correct copy of a draft consent judgment prepared by Brian E. Shea, with revisions and comments prepared by my attorney, John Walsh, Esq., that address Mr. Shea's conflicts of interest as a partner at Meyerson Fox & Conte.

14. Attached hereto as Exhibit L is a true and correct copy of the Judgment issued by the Probate Court dated February 28, 2024 appointing Brian E. Shea as Substitute Administrator.

15. Attached hereto as Exhibit M is a true and correct copy of the Notice of Claim dated April 3, 2024.

16. Attached hereto as Exhibit N is a true and correct copy of the Dispute of Claim dated June 28, 2024.

17. The facts asserted in the verified complaint and exhibits attached hereto are true and correct to the best of my knowledge.

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION, I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE I AM SUBJECT TO PUNISHMENT.

Dated: September 17, 2024

RUSSELL F. ROMOND

# EXHIBIT G

| | |
|---|---|
| Name: | Russell F. Romond, Esq. |
| Attorney ID: | 325212021 |
| Address: | 1 International Blvd, Suite 400 Mahwah, NJ 07495 |
| Telephone: | (732) 475-9135 |
| Email: | russell@romondlawgroup.com |

|  |  |
|---|---|
| In the matter of the Estate of: | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION BERGEN COUNTY |
| Thomas A. Farley, Deceased | Docket No. 2023-0699 |
| | CIVIL ACTION |
| | NOTICE OF CLAIM |

TO: Russell F. Romond, Executor
Estate of Thomas A. Farley, deceased

PLEASE TAKE NOTICE that pursuant to N.J. Stat. § 3B:22-4, et seq., there is a claim due and owing to Russell F. Romond and Veronica J. Farley, as tenants by the entirety, from the Estate of Thomas A. Farley, deceased, the sum of Two Hundred Thirty-Eight Thousand Eight Hundred Twenty-Five Dollars, ($238,825), for constructive rent and contribution of decedent's pro rata share of co-ownership costs related to the joint ownership of 20-3 Tamaron Drive, Waldwick, New Jersey, 07463, as evidenced by the supporting calculations attached hereto as Exhibit A.

Dated: June 1, 2023

_Russell F. Romond_
Russell F. Romond

# EXHIBIT A

2023-0699                                    2 of 2

**Estate of Thomas A. Farley**
**Notice of Claim**
**Contribution for 20-3 Tamaron Drive**

| Tax Year | Principal (Beginning) | Principal (Ending) | Mortgage Principal | Mortgage Interest | Property Tax & Ins. | Maintenance/ HOA Fees | Repair/ Other | TOTAL PAYMENTS | Estate Ownership % | Co-Tenant Ownership % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | 105,200 | - | 105,200 | - | - | 1,600 | 7,760 | | 0.50 | 0.50 | | |
| 2017 | 268,800 | 267,555 | 1,245 | 3,020 | 4,764 | 3,240 | - | | 0.50 | 0.50 | | |
| 2018 | 267,555 | 261,156 | 6,399 | 9,615 | 5,278 | 3,240 | 4,190 | | 0.50 | 0.50 | | |
| 2019 | 261,156 | 256,726 | 4,430 | 7,829 | 4,915 | 3,240 | - | | 0.50 | 0.50 | | |
| 2020 | 256,726 | 251,232 | 5,495 | 9,216 | 8,495 | 3,240 | - | | 0.50 | 0.50 | | |
| 2021 | 251,232 | 245,534 | 5,697 | 9,013 | 8,523 | 3,360 | 4,500 | | 0.50 | 0.50 | | |
| 2022 | 245,534 | 239,627 | 5,907 | 8,803 | 8,325 | 3,360 | - | | 0.50 | 0.50 | | |
| 2023 | | | - | - | - | - | 9,651 | | 0.50 | 0.50 | | |
| | | | $ 134,373 | $ 47,495 | $ 40,300 | $ 21,480 | $ 26,101 | | | | | |

Contribution: $ 134,875
Constructive Rent: $ 103,950

$ 238,825
Total Claim

**Estate of Thomas A. Farley**
*Notice of Claim*
*Contribution for 20-3 Tamaron Drive*

| Year | Estate Ownership % | Co-Tenant Ownership % | Months Occupied | Market Monthly Rent | Annual Rent | Constructive Rent Claim = Col E x Col I |
|---|---|---|---|---|---|---|
| | | | | | $ 207,900 | $ 103,950 |
| 2017 | 0.50 | 0.50 | 3  | $ 3,300 | $  9,900 | $  4,950 |
| 2018 | 0.50 | 0.50 | 12 | $ 3,300 | $ 39,600 | $ 19,800 |
| 2019 | 0.50 | 0.50 | 12 | $ 3,300 | $ 39,600 | $ 19,800 |
| 2020 | 0.50 | 0.50 | 12 | $ 3,300 | $ 39,600 | $ 19,800 |
| 2021 | 0.50 | 0.50 | 12 | $ 3,300 | $ 39,600 | $ 19,800 |
| 2022 | 0.50 | 0.50 | 12 | $ 3,300 | $ 39,600 | $ 19,800 |

# EXHIBIT H

| | |
|---|---|
| Name: | Russell F. Romond, Esq. |
| Attorney ID: | 325212021 |
| Address: | 1 International Blvd, Suite 400 Mahwah, NJ 07495 |
| Telephone: | (732) 475-9135 |
| Email: | russell@romondlawgroup.com |

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION
BERGEN COUNTY

In the matter of the Estate of:        Docket No. 2023-0699

Thomas A. Farley, Deceased            CIVIL ACTION

**ALLOWANCE OF CLAIM**

TO:   Russell F. Romond and Veronica J. Farley, as tenants by the entirety

**PLEASE TAKE NOTICE** that pursuant to N.J. Stat. § 3B:22-7, et seq., that the Executor of the Estate of Thomas A. Farley has determined that your claim presented by Notice of Claim dated June 1, 2023 is a valid debt of the decedent and will be paid in full promptly and in due course.

Dated: June 2, 2023

_____
Russell F. Romond

2023-0699