| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) HELLRING LINDEMAN GOLDSTEIN   & SIEGAL LLP Patricia A. Staiano, Esq. Attorneys for Eric R. Perkins, Chapter 7 Trustee 103 Eisenhower Parkway, Suite 403 Roseland, New Jersey 07068-1031 973.621.9020 pstaiano@hlgslaw.com |
| In Re:  RUSSELL ROMOND,                            Debtor. |

Case No. 24-13006 (VFP)

Judge:  Vincent F. Papalia

Chapter 7

Hearing Date:  September 16, 2025
                            at 10:00 a.m.

<u>CERTIFICATION OF SERVICE</u>

      1.     I, Joyce Rusignuolo,

☐   represent the _____ in the above-captioned matter.

☒   am the secretary/paralegal for Patricia A. Staiano, Esq., who represents Eric R.

Perkins, Chapter 7 Trustee in the above captioned matter.

☐   am the _____ in the above case and am representing myself.

      2.     On September 10, 2025 or one business day thereafter, I sent a copy of the

following pleadings and/or documents to the parties listed in the chart below:  Certification of

Brian Shea, Esq. in Support of Motion to Approve Settlement and this Certification of Service.

3.      I hereby certify under penalty of perjury that the above documents
were sent using the mode of service indicated.


Dated:  September 10, 2025                      /s/ Joyce Rusignuolo
                                                JOYCE RUSIGNUOLO

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, New Jersey 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Eric R. Perkins, Esq.<br>Hellring Lindeman Goldstein<br>    & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031 | Chapter 7 Trustee | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Scott J. Goldstein, Esq.<br>Law Offices of Wenarsky &<br>    Goldstein, LLP<br>410 Route 10 West, Suite 214<br>Ledgewood, New Jersey 07852 | Attorneys for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| David L. Stevens, Esq.<br>Scura, Wigfield, Heyer, Stevens<br>    & Cammarota LLP<br>1 Harmon Meadow Blvd Ste 201,<br>Secaucus, New Jersey 07094 | Attorneys for Veronica Farley | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Erik Topp, Esq.<br>Meyerson, Fox & Conte, P.A.<br>One Paragon Drive, Suite 240<br>Montvale, New Jersey 07645 | Estate attorneys for Estate of Thomas Farley | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service | |
|---|---|---|---|
| Frank M. Golz, Esq.<br>Golz Law LLC<br>15 Huron Avenue<br>Oakland, New Jersey 07436 | Estate attorneys for Veronica Farley Romond | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other - ECF | (As authorized by the Court or by rule. Cite the rule if applicable) |
| Lynne Farley DeRosa<br>265 Wyckoff Avenue<br>Waldwick, New Jersey 07463 | Beneficiary of the Estate of Thomas Farley | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other - ECF | (As authorized by the Court or by rule. Cite the rule if applicable) |
| Diana Garofalo<br>78 Saddle Lakes Drive<br>Riverhead, New York 11901 | Objecting creditor-claim #11 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other – Email – dianagk8@aol.com | (As authorized by the Court or by rule. Cite the rule if applicable) |
| John Garofalo<br>48 Clarence Street<br>Floral Park, New York 11001 | Objecting creditor-claim #10 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other – Email - johng346@aol.com | (As authorized by the Court or by rule. Cite the rule if applicable) |
| eForensix LLC<br>271 Route 46 West<br>Building G-204<br>Fairfield, New Jersey 07004 | Objecting creditor-claim #18 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other – Email - jlucich@e4n6.com | (As authorized by the Court or by rule. Cite the rule if applicable) |

rev.8/1/16

461124